IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KILO ALOJUWON HARPER**  **PLAINTIFF**
**ADC #659731**

v.  No: 4:21-cv-00178 BRW-PSH

**PHILLIPS,** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Harper's claims based on violation of prison regulations and violation of his equal protection rights are dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 9th day of April, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE