IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KILO ALOJUWON HARPER**                                                                 **PLAINTIFF**
**ADC #659731**

v.                                    No: 4:21-cv-00178 BRW

**RAHSAAN PHILLIPS,** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this  1st  day of December, 2021.

                                            BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE